GOLDSTEIN v. LUND et al. (Circuit Court of Appeals, Ninth Circuit. February 25, 1902.) No. 747. Appeal from the District Court of the United States for the Second Division of the District of Alaska. Morton E. Stevens, for appellant. Lorenzo S. B. Sawyer, for appellees. Upon motion of L. S. B. Sawyer, appeal ordered dismissed, pursuant to the provisions of rule 23, for failure to print record.

---

THE JAMES D. LEARY v. THE EVELYN. (Circuit Court of Appeals, Second Circuit. February 7, 1902.) Nos. 104, 105. Appeals from the District Court of the United States for the Southern District of New York. J. Parker Kirlin, for the J. D. Leary. Chas. C. Burlingham, for Bull and others. Albert Wray, for dredging company. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Affirmed, without interest or costs, on opinion below. 110 Fed. 685.

---

JOHNSON et al. v. BARBER. (Circuit Court of Appeals, Fifth Circuit. January 28, 1902.) No. 1,065. Appeal from the Circuit Court of the United States for the Eastern District of Texas. Edgar Watkins and W. A. Wimbish (F. C. Jones, on the brief), for appellants. T. J. McMurray, for appellee. Before McCORMICK and SHELBY, Circuit Judges.

PER CURIAM. We are of opinion that the decree of the circuit court is right, and that there is no error in the record. It is therefore affirmed.

---

In re LEACH. (Circuit Court of Appeals, Seventh Circuit. December 21, 1901.) No. 855. Petition for Revision of Proceedings in Bankruptcy in the District Court of the United States for the District of Indiana. William J. Vesey, for petitioner. Marshall, McNagny & Clugston, for respondent. Dismissed on stipulation of counsel.

---

McALLISTER et al. v. SOUTHERN PAC. CO. (Circuit Court of Appeals, Second Circuit. March 10, 1902.) No. 133. Appeal from the District Court of the United States for the Eastern District of New York. Maxwell Evarts, for appellant. Nelson Zabriskie, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed, on opinion below. See 111 Fed. 938.

---

THE McDONALD. THE JOHN LANG. (Circuit Court of Appeals, Second Circuit. January 7, 1902.) No. 20. Appeal from the District Court of the United States for the Southern District of New York. Le Roy S. Gove, for libelant. Amos Van Etten, for claimant. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. Decree of district court affirmed, with interest and costs. See (C. C. A.) 112 Fed. 681.

---

In re MAINS. (Circuit Court of Appeals, Ninth Circuit. March 7, 1902.) No. 804. Petition for Writ of Habeas Corpus. Petition denied.